In The Matter of the Application of G. Harry JACKSON for an Order Pursuant to the United States Arbritation Act of February 12, 1925, 43 Stat. 886, 9 U.S.C.A. § 1 et seq., confirming an Arbitration Award under a Contract originally between Smith & Bird, Assignor of G. Harry Jackson, and Kentucky River Mills, Inc.

G. Harry JACKSON, Petitioner-Appellant, v. KENTUCKY RIVER MILLS, Inc., Respondent-Appellee.

No. 77, Docket 21108.

United States Court of Appeals
Second Circuit.

Nov. 24, 1948.

Emmet, Marvin & Martin, of New York City (George W. Martin, of New York City, of counsel), for appellant.

White & Case, of New York City (Orison S. Marden and Edgar E. Barton, of New York City, of counsel), for appellee.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion below, 77 F.Supp. 53.

Ida May TALBOT, Appellant, v. CITY OF PASADENA et al., Appellee.

No. 12002.

United States Court of Appeals
Ninth Circuit.

Nov. 12, 1948.

Rehearing Denied Dec. 13, 1948.

Ida May Talbot, in pro per., for appellant.

H. Burton Noble, City Atty., and Frank L. Kostlan, Asst. City Atty., both of Pasadena, Cal., for appellees.

Before MATHEWS and STEPHENS, Circuit Judges, and DRIVER, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

DEWARD & RICH, Inc., and Amsterdam Syndicate, Inc., Appellants, v. C. H. BRIDGES, d/b/a Bridges Shoe Store, Appellee.

No. 12221.

United States Court of Appeals
Fifth Circuit.

Dec. 7, 1948.

M. M. Wade and E. Hastings Ackley, both of Dallas, Tex., for appellant.

Mark E. Kramer, of Dallas, Tex., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.